UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BLACKWOOD,<br><br>               Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a<br>AMERICA'S SERVICING COMPANY, and<br>U.S. BANK, N.A. AS TRUSTEE,<br><br>               Defendants. | Civil Action No. 10-10483 |

## JOINT STATEMENT

Pursuant this Court's June 17, 2010 Scheduling Order, the parties submit this Joint Statement in advance of the Status Conference scheduled for September 28, 2010 at 10:00 a.m.

### I.   STATUS OF CASE

Prior to filing dispositive motions (and before any discovery has occurred), the parties have been attempting to determine whether Plaintiff is qualified for a loan modification under the Home Affordable Modification Program (HAMP) or any other modification program. That review is ongoing and a final decision is expected in the next 30 days. To the extent that the Court would prefer defendants to proceed with filing a dispositive motion, defendants are willing to do so. Otherwise, defendant will wait to file any motion until such time that a final decision has been made on the modification.[1]

### II.   SCHEDULING OF REMAINDER OF CASE

---

[1] Defendant presumes that if modification is approved, the case will be dismissed and that no dispositive motion will be necessary. Plaintiffs do not agree that a modification will completely resolve this case.

As defendants expect a modification decision within the next 30 days, there does not appear to be any reason why the Court's previously set discovery deadline of March 10, 2011 needs to be modified.

## III. ALTERNATIVE DISPUTE RESOLUTION

The parties have not agreed to alternative dispute resolution.

Respectfully submitted,

| | |
|---|---|
| Michael Blackwood,<br>By his attorney, | Wells Fargo Bank, N.A., and<br>U.S. Bank, N.A., as Trustee,<br>By its attorneys, |
| /s/ *Nadine Cohen*<br>Nadine Cohen (BBO# 090040)<br>Greater Boston Legal Services<br>197 Friend Street<br>Boston, MA 02114<br>(617) 603-1734 | /s/ *Jeffrey S. Patterson*<br>Jeffrey S. Patterson (BBO# 671383)<br>jeffrey.patterson@nelsonmullins.com<br>David E. Fialkow (BBO# 666192)<br>david.fialkow@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP<br>One Boston Place, 40th Floor<br>Boston, MA 02108<br>(617) 573-4700<br>(617) 573-4710 (fax) |

Dated: September 21, 2010

## CERTIFICATE OF SERVICE

I, Jeffrey S. Patterson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:          September 21, 2010                              /s/ Jeffrey S. Patterson